The People of the State of New York, Respondent,
against
Frederic Teboul, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Phyllis Chu, J.), rendered January 27, 2017, convicting him, upon a plea of guilty, of disorderly conduct, and imposing sentence.




Per Curiam.
Judgment of conviction (Phyllis Chu, J.), rendered January 27, 2017, affirmed.
The misdemeanor complaint was jurisdictionally valid because it described facts of an evidentiary nature establishing reasonable cause to believe that defendant committed the offenses of petit larceny (see Penal Law § 155.25) and criminal possession of stolen property in the fifth degree (see Penal Law § 165.40). Allegations that defendant was observed inside a specified Century 21 store "remov[ing] 1 [one] Solo Beats headphones and conceal[ing] the item in the defendant's Apple shopping bag" before "attempt[ing] to leave the store in possession of the property without paying for it," and that another store employee "then stopped the defendant and recovered the item, property which belonged to the store and for which the defendant had no receipt," were nonconclusory and facially sufficient to support the charged offenses (see People v Livingston, 150 AD3d 448 [2017], lv denied 29 NY3d 1093 [2017]; see also People v Olivo, 52 NY2d 309, 318-319 [1981]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: September 14, 2018